Michael W. Goodin (SBN 142288)
mgoodin@clausen.com
CLAUSEN MILLER P.C.
27285 Las Ramblas, Suite 200
Mission Viejo, CA 92691
Telephone: (949) 260-3100
Facsimile: (949) 260-3190

Attorneys for Defendant UNITED STATES FIRE INSURANCE COMPANY, erroneously sued and served as "UNITED STATES FIRE INSURANCE, A CRUM & FORSTER COMPANY"

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOOPES VINEYARD, LLC,,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED STATES FIRE INSURANCE, A CRUM & FORSTER COMPANY, and RANDY DERR, in his INDEPENDENT CAPACITY, and DOES 1 through 10<br><br>　　　　Defendants. | CASE NO.:<br><br>**UNITED STATES FIRE INSURANCE COMPANY'S CERTIFICATE OF INTERESTED PARTIES**<br><br>*[Notice of Removal, Civil Case Cover Sheet and Declaration of Michael W. Goodin Filed Concurrently Herewith]*<br><br>Action Filed:　November 8, 2021<br>Trial Date:　　None |

TO THIS HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

　　　Pursuant to Civil Local Rules, Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

-1-
CERTIFICATE OF INTERESTED PARTIES

United States Fire Insurance Company, a Delaware corporation, is wholly-owned by Crum & Forster Holdings Corp., a Delaware corporation, which is wholly-owned by Fairfax (US) Inc., a Delaware corporation, which is substantially owned by FFHL Group Ltd., a Canadian company, which is wholly-owned by Fairfax Financial Holdings Limited, a Canadian public company.

DATED: December 17, 2021

CLAUSEN MILLER, P.C.

By: _____
    Michael W. Goodin
Attorneys for Defendant UNITED STATES FIRE INSURANCE COMPANY, erroneously sued and served as "UNITED STATES FIRE INSURANCE, A CRUM & FORSTER COMPANY"

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 27285 Las Ramblas, Suite 200, Mission Viejo, California 92691.

On December 17, 2021, I caused the following document(s) to be served on the interested parties in this action, as follows:

**UNITED STATES FIRE INSURANCE COMPANY'S CERTIFICATE OF INTERESTED PARTIES**

**[X]  BY ELECTRONIC FILING AND SERVICE**:  By electronic filing and service of the foregoing document(s) using the CM/ECF System in accordance with F.R.C.P. 5(b)(2)(E) and Civil Local Rule 5.4, I electronically filed the above-listed documents by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

[X]  **BY ELECTRONIC TRANSMISSION**.  Only by emailing the document(s) to the persons at the email address(es).  This is necessitated during the declared National Emergency due to the Coronavirus (COVID-19) pandemic because this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail.  No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.  We will provide a physical copy, upon request only, when we return to the office at the conclusion of the national emergency.

**[X] BY FEDERAL:**  I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 17, 2021, at Mission Viejo, California.

*/s/ Mary Lynn Genova*
Mary Lynn Genova

# SERVICE LIST

*Hoopes Vineyard, LLC v. United States Fire Insurance, et al.*

Northern United States District Court Case No.

| | |
|---|---|
| Jason O. Balogh, Esq.<br>Intelink Law Group, PC<br>201 Mission Street<br>Suite 1200<br>San Francisco, CA 94105<br><br>Telephone:  (510) 473-2697<br>Facsimile:  (858) 240-1460<br>Email:  jbalogh@intelinklaw.com | Attorneys for Plaintiff<br>*Hoopes Vineyard, LLC* |
| Samuel G. Royko, Esq. *Pro Hac Vice*<br>Mathew D. Dudek, Esq. *Pro Hac Vice*<br>Alyssa Friedman, Esq. *Pro Hac Vice*<br>The Royko Group, LLC<br>300 South Wacker Drive<br>Suite 1700A<br>Chicago, IL 60606<br><br>Telephone:  (312) 600-8105<br>Email:  sroyko@roykogroup.com;<br>mdudek@roykogroup.com;<br>afriedman@roykogroup.com | Attorneys for Plaintiff<br>*Hoopes Vineyard, LLC* |

7901605.1

-4-
CERTIFICATE OF SERVICE AND SERVICE LIST