Michael W. Goodin (SBN 142288)
mgoodin@clausen.co
CLAUSEN MILLER P.C.
27285 Las Ramblas, Suite 200
Mission Viejo, CA 92691
Telephone: (949) 260-3100
Facsimile: (949) 260-3190

Attorneys for Defendant UNITED STATES FIRE INSURANCE COMPANY, erroneously sued and served as "UNITED STATES FIRE INSURANCE, A CRUM & FORSTER COMPANY"

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOOPES VINEYARD, LLC,,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FIRE INSURANCE, A CRUM & FORSTER COMPANY, and RANDY DERR, in his INDEPENDENT CAPACITY, and DOES 1 through 10<br><br>Defendants. | CASE NO.:<br><br>**DECLARATION OF MICHAEL W. GOODIN IN SUPPORT OF UNITED STATES FIRE INSURANCE COMPANY'S NOTICE OF REMOVAL**<br><br>*[Notice of Removal, Civil Case Cover Sheet and Certificate of Interested Parties Filed Concurrently Herewith]*<br><br>Action Filed:  November 8, 2021<br>Trial Date:    None |

I, MICHAEL W. GOODIN, declare as follows:

1. I am an attorney at law duly licensed to practice before all the Courts of the State of California and am admitted in the United States District Court, Central District of California. I am a partner with Clausen Miller P.C., counsel for Defendant UNITED STATES FIRE INSURANCE COMPANY ("U.S. Fire") in the within action. I submit this Declaration in support of U.S. Fire's Notice of Removal of the above lawsuit titled *Hoopes Vineyards, LLC v. United States Fire Insurance, et al.*,

Napa County Superior Court Case No. 21CV001587 ("Subject Action") from the Napa County Superior Court.

2. I have personal knowledge of the following facts stated herein and, if called as a witness, I could and would competently testify thereto.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Summons and Complaint filed in the Napa County Superior Court on November 8, 2021.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Proof of Service of Summons and Civil Case Cover Sheet, which are the complete documents from the Subject Action that have been filed to date, along with the Summons and Complaint.

5. In connection with U.S. Fire's Notice of Removal, my office has repeatedly checked the Napa County Superior Court docket and Lexis Courtlink to determine whether Plaintiff has served the co-Defendant Randy Derr ("Derr"). However, to date, there has been no evidence on the Court's docket or otherwise, to indicate that Derr has been served. Attached hereto as Exhibit 3 is a true and correct copy of the Court's docket, which I pulled from the Napa County Superior Court website on December 16, 2021.

6. Plaintiff's Complaint in this action alleges damages in excess of $2,000,000. Further, the Complaint alleges that Plaintiff is a California resident and that U.S. Fire is a foreign entity with its principal place of business outside of California. Moreover, based on my research, Derr is not a California resident, and in fact resides in Tennessee. Therefore, the statutory requirements to establish diversity jurisdiction are satisfied.

7. Attached hereto as Exhibit 4 are true and correct copies of documents obtained from the California Secretary of State showing that the Plaintiff is a California limited liability company, with its principal place of business in Napa County, California.

/ / /

8. Attached hereto as Exhibit 5 are true and correct copies of the documents obtained from the California Secretary of State and the California Department of Insurance relating to Defendant U.S. Fire. These documents confirm that Defendant U.S. Fire is and was a citizen of Delaware and New Jersey for purposes of diversity jurisdiction.

9. Attached hereto as Exhibit 6 are documents demonstrating Derr's residence in Tennessee beginning in July of 2021. These documents confirm that Derr is and was a citizen of Tennessee for purposes of diversity jurisdiction.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of December, 2021, at Mission Viejo, California.

_____
Michael W. Goodin

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 27285 Las Ramblas, Suite 200, Mission Viejo, California 92691.

On December 17, 2021, I caused the following document(s) to be served on the interested parties in this action, as follows:

**DECLARATION OF MICHAEL W. GOODIN IN SUPPORT OF UNITED STATES FIRE INSURANCE COMPANY'S NOTICE OF REMOVAL**

**[X] BY ELECTRONIC FILING AND SERVICE**: By electronic filing and service of the foregoing document(s) using the CM/ECF System in accordance with F.R.C.P. 5(b)(2)(E) and Civil Local Rule 5.4, I electronically filed the above-listed documents by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

[X] **BY ELECTRONIC TRANSMISSION**. Only by emailing the document(s) to the persons at the email address(es). This is necessitated during the declared National Emergency due to the Coronavirus (COVID-19) pandemic because this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission. We will provide a physical copy, upon request only, when we return to the office at the conclusion of the national emergency.

**[X] BY FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 17, 2021, at Mission Viejo, California.

*/s/ Mary Lynn Genova*
Mary Lynn Genova

# SERVICE LIST

*Hoopes Vineyard, LLC v. United States Fire Insurance, et al.*

Northern United States District Court Case No.

| Jason O. Balogh, Esq.<br>Intelink Law Group, PC<br>201 Mission Street<br>Suite 1200<br>San Francisco, CA 94105<br><br>Telephone:  (510) 473-2697<br>Facsimile:  (858) 240-1460<br>Email:  jbalogh@intelinklaw.com | Attorneys for Plaintiff<br>*Hoopes Vineyard, LLC* |
|---|---|
| Samuel G. Royko, Esq. *Pro Hac Vice*<br>Mathew D. Dudek, Esq. *Pro Hac Vice*<br>Alyssa Friedman, Esq. *Pro Hac Vice*<br>The Royko Group, LLC<br>300 South Wacker Drive<br>Suite 1700A<br>Chicago, IL 60606<br><br>Telephone:  (312) 600-8105<br>Email:  sroyko@roykogroup.com;<br>mdudek@roykogroup.com;<br>afriedman@roykogroup.com | Attorneys for Plaintiff<br>*Hoopes Vineyard, LLC* |

7904081.1