

**Service of Process Transmittal**
11/18/2021
CT Log Number 540610095

| | |
|---|---|
| **TO:** | Sonia Scala, Legal Assistant<br>Crum & Forster Insurance<br>305 Madison Ave<br>Morristown, NJ 07960-6117 |
| **RE:** | **Process Served in California** |
| **FOR:** | UNITED STATES FIRE INSURANCE COMPANY  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | HOOPES VINEYARD, LLC vs. UNITED STATES FIRE INSURANCE |
| DOCUMENT(S) SERVED: | -- |
| COURT/AGENCY: | None Specified<br>Case # 21CV001587 |
| NATURE OF ACTION: | Insurance Litigation |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, GLENDALE, CA |
| DATE AND HOUR OF SERVICE: | By Process Server on 11/18/2021 at 01:44 |
| JURISDICTION SERVED : | California |
| APPEARANCE OR ANSWER DUE: | None Specified |
| ATTORNEY(S) / SENDER(S): | None Specified |
| ACTION ITEMS: | CT will retain the current log<br><br>Image SOP<br><br>Email Notification,  Sonia Scala  Sonia.Scala@cfins.com<br><br>Email Notification,  Gina Martin  Gina.Martin@cfins.com |
| REGISTERED AGENT ADDRESS: | C T Corporation System<br>330 N BRAND BLVD<br>STE 700<br>GLENDALE, CA 91203<br>866-401-8252<br>EastTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



## PROCESS SERVER DELIVERY DETAILS

| Date: | Thu, Nov 18, 2021 |
| Server Name: | Jimmy Lizama |

| Entity Served | UNITED STATES FIRE INSURANCE |
|---|---|
| Case Number | 21CV001587 |
| Jurisdiction | CA |

