[Case Information Access](#)

Register / Sign In

Register / Sign In

- 1

  Smart Search

- 2

  Search Results

- 3

  Details



Back to top

| Case Number | Style / Defendant | File Date | Type | Lo |
|---|---|---|---|---|
| 21CV001587 | Hoopes Vineyard, LLC vs Randy Derr et al | 11/08/2021 | Breach of Contract/Warranty Unlimited (06) | Sup |

- 1

10 items per page 1 - 1 of 1 items

Print

Please select the sections that you would like to print

 Select All

☑ Case Information

☑ Party

☑ Events and Hearings

- 

# Case Information

## 21CV001587 | Hoopes Vineyard, LLC vs Randy Derr et al

Case Number
21CV001587

Court
Superior Court of Napa - Civil

File Date
11/08/2021

Case Type
Breach of Contract/Warranty Unlimited (06)

Case Status
Active

# Party

Plaintiff
Hoopes Vineyard, LLC

## Active Attorneys

Lead Attorney
Balogh, Jason Oliver
Retained

Work Phone
4152176354

Defendant
Derr, Randy

Defendant
United States Fire Insurance, a Crum & Forster Company

## Events and Hearings

- 11/08/2021 Complaint (Unlimited)

  Comment
  Complaint (Unlimited)

- 11/08/2021 Civil Case Cover Sheet

  Comment
  Civil Case Cover Sheet

- 11/08/2021 Summons: Issued and Filed

  Comment
  Summons

- 11/08/2021 Notice of Hearing Court

- 11/22/2021 Proof of Service: Summons DLR (Civil)

  Comment
  Proof of Service of Summons/Complaint

- 

### 04/19/2022 Conference: Case Management

Judicial Officer
Young, Scott R.L.

Hearing Time
8:30 AM

Print

- Case Information
- Party
- Events and Hearings

Back to top



© 2021 Tyler Technologies, Inc. | All Rights Reserved
Version: 3.3.37.0

© 2021 Tyler Technologies, Inc. | All Rights Reserved
Version: 3.3.37.0

