


**California Secretary of State**
Electronic Filing

## LLC Registration – Articles of Organization

| | |
|---:|:---|
| Entity Name: | Hoopes Vineyard LLC |
| Entity (File) Number: | 201834810156 |
| File Date: | 12/12/2018 |
| Entity Type: | Domestic LLC |
| Jurisdiction: | California |

Detailed Filing Information

1. Entity Name: Hoopes Vineyard LLC

2. Business Addresses:
   a. Initial Street Address of Designated Office in California:
   1202 Darling Street
   Napa, California 94558
   United States

   b. Initial Mailing Address:
   1202 Darling Street
   Napa, California 94558
   United States

3. Agent for Service of Process:
   Lindsay Hoopes
   1202 Darling Street
   Napa California 94558
   United States

4. Management Structure: One Manager

5. Purpose Statement: The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act.

Electronic Signature:

The organizer affirms the information contained herein is true and correct.

Organizer: Michele Barni

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

**Secretary of State
Statement of Information
(Limited Liability Company)**

LLC-12

19-B53858

**FILED**

In the office of the Secretary of State
of the State of California

APR 16, 2019

**This Space For Office Use Only**

**IMPORTANT** — Read instructions **before completing this form.**

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

| 1. Limited Liability Company Name (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.) |
|---|
| HOOPES VINEYARD LLC |

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201834810156 | CALIFORNIA |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>1202 Darling St | Napa | CA | 94558 |
| b. Mailing Address of LLC, **if different than item 4a**<br>1202 Darling St | Napa | CA | 94558 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box<br>1202 Darling St | Napa | CA | 94558 |

**5. Manager(s) or Member(s)** — If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Lindsay | | Hoopes | |

| b. Entity Name - Do not complete Item 5a |
|---|
| |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1202 Darling St | Napa | CA | 94558 |

**6. Service of Process** (Must provide either Individual **OR** Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Lindsay | | Hoopes | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1202 Darling St | Napa | CA | 94558 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| |

**7. Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
|---|
| Winery |

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9. The Information contained herein, including any attachments, is true and correct.**

| 04/16/2019 | Sarah Tobin | assistant | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:
Company:
Address:
City/State/Zip:

| | | |
|---|---|---|
| Attachment to Statement of Information (Limited Liability Company) | LLC-12A Attachment | 19-B53858 |

**A.  Limited Liability Company Name**

HOOPES VINEYARD LLC

*This Space For Office Use Only*

**B.  12-Digit Secretary of State File Number**

201834810156

**C.  State or Place of Organization** (only if formed outside of California)

CALIFORNIA

**D.  List of Additional Manager(s) or Member(s) -** If the manager/member is an individual, enter the individual's name and address.  If the manager/member is an entity, enter the entity's name and address.  Note: The LLC cannot serve as its own manager or member.

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Spencer | | Hoopes | |

Entity Name

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1202 Darling St | Napa | CA | 94558 |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

Entity Name

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

Entity Name

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

Entity Name

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

Entity Name

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

Entity Name

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

Entity Name

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**Secretary of State
Statement of Information
(Limited Liability Company)**

LLC-12

21-F51203

**FILED**

In the office of the Secretary of State
of the State of California

OCT 21, 2021

This Space For Office Use Only

**IMPORTANT** — Read instructions **before completing this form.**

**Filing Fee – $20.00**

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)
HOOPES VINEYARD LLC

**2. 12-Digit Secretary of State File Number**: 201834810156

**3. State, Foreign Country or Place of Organization** (only if formed outside of California): CALIFORNIA

**4. Business Addresses**

| | Address | City | State | Zip Code |
|---|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box | 6204 Washington Street | Napa | CA | 94558 |
| b. Mailing Address of LLC, **if different than item 4a** | PO BOX 3600 | Yountville | CA | 94599 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box | 6204 Washington Street | Napa | CA | 94558 |

**5. Manager(s) or Member(s)** — If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Lindsay | | Hoopes | |

b. Entity Name - Do not complete Item 5a

| c. Address | City | State | Zip Code |
|---|---|---|---|
| 1350 Yount Mill Road | Napa | CA | 94558 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

INDIVIDUAL – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Lindsay | | Hoopes | |

| b. Street Address (if agent is **not** a corporation) - Do not enter a P.O. Box | City | State | Zip Code |
|---|---|---|---|
| 6204 Washington Street | Napa | CA | 94558 |

CORPORATION – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company
Winery, Vineyard Management

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Lindsay | | Hoopes | |

| b. Address | City | State | Zip Code |
|---|---|---|---|
| 6204 Washington Street | Napa | CA | 94558 |

**9. The Information contained herein, including any attachments, is true and correct.**

| Date | Type or Print Name of Person Completing the Form | Title | Signature |
|---|---|---|---|
| 10/21/2021 | Lindsay Hoopes | CEO | |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:
Company:
Address:
City/State/Zip:

LLC-12 (REV 01/2017)      Page 1 of 2      2017 California Secretary of State
www.sos.ca.gov/business/be

| Attachment to Statement of Information (Limited Liability Company) | LLC-12A Attachment | 21-F51203 |
|---|---|---|

**A. Limited Liability Company Name**
HOOPES VINEYARD LLC

*This Space For Office Use Only*

**B. 12-Digit Secretary of State File Number**
201834810156

**C. State or Place of Organization** (only if formed outside of California)
CALIFORNIA

**D. List of Additional Manager(s) or Member(s)** - If the manager/member is an individual, enter the individual's name and address. If the manager/member is an entity, enter the entity's name and address. Note: The LLC cannot serve as its own manager or member.

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Spencer | | Hoopes | |

Entity Name

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1202 Darling Street | Napa | CA | 94558 |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|

Entity Name

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|

Entity Name

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|

Entity Name

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|

Entity Name

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|

Entity Name

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|

Entity Name

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|