2575218

**INSURER**

**STATEMENT AND DESIGNATION
BY FOREIGN CORPORATION**

FILED
in the office of the Secretary of State
of the State of California

FEB - 3 2004

*Kevin Shelley*

KEVIN SHELLEY, Secretary of State

UNITED STATES FIRE INSURANCE COMPANY
(Name of Corporation)

_____ , a corporation organized and existing under the laws of _____Delaware_____ ,makes the following statements and designation:
(State or Place of Incorporation)

1. The address of its principal executive office is   2711 Centreville Road, Suite 400,

   Wilmington, DE 19808

2. The address of its principal office in the State of California is   725 South Figueroa, Suite 2300,

   Los Angeles, California 90017

3. This corporation will be subject to the California Insurance Code as an insurer.

   **DESIGNATION OF AGENT FOR SERVICE OF PROCESS IN THE STATE OF CALIFORNIA**
   (Complete either Item 4 or Item 5.)

4. (Use this paragraph if the process **agent is a natural person.**)

   Mark L. Owens _____ ,a natural person residing in the State of

   California, whose complete address is  725 South Figueroa, Suite 2300, Los Angeles,

   California 90017 _____ , is designated as agent upon whom process directed to this corporation may be served within the State of California, in the manner provided by law.

5. (Use this paragraph if the process **agent is a corporation.**)

   _____ , a corporation organized and existing

   under the laws of _____ , is designated as agent upon whom process directed to this corporation may be served within the State of California, in the manner provided by law.

   **NOTE: Corporate agents must have complied with California Corporations Code Section 1505 prior to designation.**

6. It irrevocably consents to service of process directed to it upon the agent designated above, and to service of process on the Secretary of State of the State of California if the agent so designated or the agent's successor is no longer authorized to act or cannot be found at the address given.

_____
(Signature of Corporate Officer)

Valerie J. Gasparik, V.P. & Sec.
(Typed Name and Title of Officer Signing)

*Secretary of State Form
S&DC-INSURER (05/2003)*

# Delaware

PAGE 1

### The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "UNITED STATES FIRE INSURANCE COMPANY" IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE THIRTY-FIRST DAY OF DECEMBER, A.D. 2003.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "UNITED STATES FIRE INSURANCE COMPANY" WAS INCORPORATED ON THE TWENTY-FOURTH DAY OF JULY, A.D. 2003.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE NOT BEEN ASSESSED TO DATE.



Harriet Smith Windsor, Secretary of State

3685989  8300

030848055

AUTHENTICATION: 2844032

DATE: 12-31-03

# STATE OF CALIFORNIA
# DEPARTMENT OF INSURANCE
## San Francisco

I, JOHN GARAMENDI, Insurance Commissioner of the State of California, do hereby certify that on the date specified herein, the name **United States Fire Insurance Company**, a Delaware corporation, has been approved and reserved in California by a **foreign insurer** for a period of 180 days from the effective date of December 19, 2003 and during the pendency in good faith of an application for Certificate of Authority.

        IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year specified below.

        JOHN GARAMENDI
        Insurance Commissioner

By _Pamela D. Stefani_
      Senior Legal Analyst
      On Behalf Of
      Ida T. Zodrow
      Assistant Chief Deputy
      December 31, 2003

A foreign or alien corporation must attach this Certificate to its statement and designation to obtain a Certificate of Qualification from the California Secretary of State.

Note:     This certificate does not authorize the subject entity to transact business in California unless and until a Certificate of Authority or license has been issued.



**California Secretary of State**
Electronic Filing

## Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | UNITED STATES FIRE INSURANCE COMPANY |
| Entity (File) Number: | C2575218 |
| File Date: | 02/23/2021 |
| Entity Type: | Corporation |
| Jurisdiction: | DELAWARE |
| Document ID: | GQ91019 |

**Detailed Filing Information**

1. Entity Name: UNITED STATES FIRE INSURANCE COMPANY

2. Business Addresses:
   a. Street Address of Principal Office in California:
   
   b. Mailing Address:
   305 Madison Avenue
   Morristown, New Jersey 07962
   United States of America
   
   c. Street Address of Principal Executive Office:
   305 Madison Avenue
   Morristown, New Jersey 07962
   United States of America

3. Officers:
   a. Chief Executive Officer:
   Marc James Adee
   305 Madison Avenue
   Morristown, New Jersey 07962
   United States of America
   
   b. Secretary:
   Michael Patrick McTigue
   305 Madison Avenue
   Morristown, New Jersey 07962
   United States of America

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

# California Secretary of State
## Electronic Filing

Officers (cont'd):

    c. Chief Financial Officer:

Arleen Ambrose Paladino
305 Madison Avenue
Morristown, New Jersey 07962
United States of America

4. Director:

Not Applicable

Number of Vacancies on the Board of Directors:

Not Applicable

5. Agent for Service of Process:

George Burr
1100 Town & Country Road, Suite 550
Orange, California 92868
United States of America

6. Type of Business:

Insurance

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:   Michael P. McTigue

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GQ91019

![California Seal] **California Secretary of State**
Electronic Filing



## Corporation - Statement of Information

| | |
|---:|:---|
| Entity Name: | UNITED STATES FIRE INSURANCE COMPANY |
| Entity (File) Number: | C2575218 |
| File Date: | 04/09/2021 |
| Entity Type: | Corporation |
| Jurisdiction: | DELAWARE |
| Document ID: | GS40923 |

**Detailed Filing Information**

1. Entity Name: UNITED STATES FIRE INSURANCE COMPANY

2. Business Addresses:
   a. Street Address of Principal Office in California:

   b. Mailing Address:
      305 Madison Avenue
      Morristown, New Jersey 07962
      United States of America

   c. Street Address of Principal Executive Office:
      305 Madison Avenue
      Morristown, New Jersey 07962
      United States of America

3. Officers:
   a. Chief Executive Officer:
      Marc James Adee
      305 Madison Avenue
      Morristown, New Jersey 07962
      United States of America

   b. Secretary:
      Michael Patrick McTigue
      305 Madison Avenue
      Morristown, New Jersey 07962
      United States of America

Document ID: GS40923

# California Secretary of State
## Electronic Filing

Officers (cont'd):

    c. Chief Financial Officer:

Arleen Ambrose Paladino
305 Madison Avenue
Morristown, New Jersey 07962
United States of America

4. Director: Not Applicable

Number of Vacancies on the Board of Directors: Not Applicable

5. Agent for Service of Process: C T CORPORATION SYSTEM (C0168406)

6. Type of Business: Insurance Company

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature: Michael P. McTIgue

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GS40923