

# 1 OF 1 RECORD(S)

FOR INFORMATIONAL PURPOSES ONLY
Copyright 2021 LexisNexis
a division of Reed Elsevier Inc. All Rights Reserved.

Date:12/7/2021
Report processed by:
Clausen Miller P.C.

| Full Name | Address | County | Phone |
|---|---|---|---|
| DERR, RANDOLPH JAY | 14198 WOODCLIFF RD<br>MONTEREY, TN 38574-3121<br>PUTNAM COUNTY | PUTNAM | None Listed |

**ADDITIONAL PERSONAL INFORMATION**

| SSN | DOB | Gender | LexID(sm) | Email |
|---|---|---|---|---|
| XXXX<br>🚩 SSN linked to multiple people | /1962<br>(Age:59) | | 000628421793 | None Listed |

**Subject Summary**

**Name Variations**
1:   DERR, RANDOLPH
2:   DERR, RANDOLPH J
3:   DERR, RANDOLPH JAY
4:   DERR, RANDY

**SSNs Summary**

| No. | SSN | State Iss. | Date Iss. | Warnings |
|---|---|---|---|---|
| | | | Most frequent SSN attributed to subject: | |
| 1: | XXXX | California | 1974 | 🚩 SSN linked to multiple people |

**DOBs**
Reported DOBs:
   1962
   1963

**Others Using SSN - 0 records found**
**Address Summary - 17 records found**

| No. | Address |
|---|---|
| 1: | 14198 WOODCLIFF RD<br>MONTEREY, TN 38574-3121<br>PUTNAM COUNTY |
| 2: | 232A POWELL AVE<br>HEALDSBURG, CA 95448-3429<br>SONOMA COUNTY |
| 3: | 232 POWELL AVE A<br>HEALDSBURG, CA 95448-3429<br>SONOMA COUNTY |
| 4: | PO BOX 948 |

**RANDOLPH JAY DERR, 59 Years Old (Tennessee, California)**

**RANDOLPH JAY DERR (10/11/1991 to 10/04/2021)**

SSN: **XXX-XX-1387**
Issued: **CALIFORNIA 1974**

**Date of Birth**
DOB: **XX/XX/1962**
Age: **59**

Gender: **Male**

**Possible Relatives**
Larry J Derr **1941** Age: **80**
Larry J Derr **1960** Age: **60**
Marie Elizabeth Derr **1969** Age: **52**
Nikki May Derr **1941** Age: **80**

**Indicators**
Bankruptcies: **None Found**
Liens: **None Found**
Judgments: **None Found**

**Cities**
Healdsburg, CA (01/31/2019 to 02/16/2020)
Napa, CA (02/1989 to 01/23/2003)
Santa Rosa, CA (08/2012 to 11/04/2016)
Windsor, CA (01/01/2001 to 08/04/2021)
Yountville, CA (12/23/1993 to 01/23/2003)
Monterey, TN (07/31/2021 to 12/07/2021)

**Possible Phones**
**(707) 473-8261** (PT) (LandLine)(86%)
**(707) 360-2017** (PT) (Mobile)(86%)
**(707) 495-0964** (PT) (Mobile)(66%)
**(707) 836-8935** (PT) (LandLine)(66%)
**(707) 293-9688** (PT) (VoIP)(66%)
**(707) 944-0523** (PT) (LandLine)(66%)
**(707) 763-7944** (PT) (Mobile)(66%)
**(707) 360-4129** (PT) (LandLine)(28%)

**Counties**
Napa County, CA (02/1989 to 01/23/2003)
Sonoma County, CA (01/01/2001 to 08/04/2021)
Putnam County, TN (07/31/2021 to 12/07/2021)

**Possible Email Addresses**
mariederr@comcast.net (56%)
ed.grizzle.bw@statefarm.com (40%)

**Address History (9)**
**14198 WOODCLIFF RD, MONTEREY, TN 38574-3121 (PUTNAM COUNTY)** (07/31/2021 to 12/07/2021)

**PO BOX 948, WINDSOR, CA 95492-0948 (SONOMA COUNTY)** (03/01/2002 to 08/04/2021)

**232 POWELL AVE APT A, HEALDSBURG, CA 95448-3429 (SONOMA COUNTY)** (01/31/2019 to 02/16/2020)
Address contains: **2** apartments

**806 VINEYARD CREEK DR APT 315, SANTA ROSA, CA 95403-9027 (SONOMA COUNTY)** (08/2012 to 11/04/2016)
Address contains: **24** apartments

**806 VINEYARD CREEK DR, SANTA ROSA, CA 95403-8290 (SONOMA COUNTY)** (11/01/2015 to 11/01/2015)

**88 DIANA CT, WINDSOR, CA 95492-7972 (SONOMA COUNTY)** (01/01/2001 to 05/2011)

**6537 YOUNT ST, YOUNTVILLE, CA 94599-1278 (NAPA COUNTY)** (12/23/1993 to 01/23/2003)

**2619 LAUREL ST APT 1, NAPA, CA 94558-5741 (NAPA COUNTY)** (10/11/1991 to 01/23/2003)
Address contains: **24** apartments

**2475 STOCKTON ST, NAPA, CA 94559-3143 (NAPA COUNTY)** (02/1989 to 01/23/2003)
Subdivision Name: **ORNDUFF**

  

 California Department of Insurance — Check a License

|  License Number |  Individual Name Search |  Business Name Search |  Enforcement Actions |

 License Details

- 👤 Print or Download License
- 👤 Continuing Education
- 📖 Glossary of Terms
- ▲ Collapse All

## Information ⌃

The license status information shown below represents information taken from the California Department of Insurance (CDI) licensing database at the time of your inquiry. This information may not include items currently under review or may not have, as yet, been entered into CDI's licensing database (e.g., continuing education hours quoted on Check a License may not reflect courses completed in the last 24 to 48 hours). Please scroll down to view.

Check a License will also state concluded disciplinary actions against licensees. Complaints and ongoing investigations are confidential and, therefore, are not available. If an "Order" is listed on the licensee's record below, review CDI's Enforcement Action Documents web page to retrieve additional information.

If you have any questions about the license information you retrieved, please see the most commonly asked questions in our License Questions and Answers section. If you need further assistance, please call CDI's Licensing Hotline at **(800) 967-9331**, or send an email to Producer Licensing Bureau. Please include your name, license number, email address and telephone number in all correspondence with CDI.

Need Help?

## Name: DERR RANDOLPH JAY     License #: 0718041 ⌃

| License Type and/or Qualification | Original Issue Date | Status | Status Date | Expiration Date |
|---|---|---|---|---|
| Casualty Broker-Agent | 10/26/2021 | Active | 10/26/2021 | 12/31/2022 |
| Casualty Broker-Agent | 12/23/1986 | Inactive | 10/06/2021 | 10/06/2021 |
| Property Broker-Agent | 10/26/2021 | Active | 10/26/2021 | 12/31/2022 |
| Property Broker-Agent | 12/23/1986 | Inactive | 10/06/2021 | 10/06/2021 |

Business Address: 14198 WOODCLIFF RD MONTEREY TN, 38574
Business Phone: 707-360-4129

## Agencies or Organizations ⌃

This licensee is authorized to transact on behalf of the following insurers:

Show 10 entries        Search: ____

| Qualification | Effective Date |
|---|---|
| **GEORGE PETERSEN INSURANCE AGENCY, INC.** | |
| Property Broker-Agent | 10/26/2021 |

| Qualification | Effective Date |
|---|---|
| **NORTHWEST INSURANCE AGENCY, INC.** | |
| Casualty Broker-Agent | 10/26/2021 |
| **GEORGE PETERSEN INSURANCE AGENCY, INC.** | |
| Casualty Broker-Agent | 10/26/2021 |
| **NORTHWEST INSURANCE AGENCY, INC.** | |
| Property Broker-Agent | 10/26/2021 |

Showing 1 to 4 of 4 entries    Previous | 1 | Next

Back to Top

Copyright © State of California