UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOOPES VINEYARD LLC, | Case No. 21-cv-09755-JD |
| Plaintiff, | |
| v. | **ORDER RE REMAND** |
| UNITED STATES FIRE INSURANCE COMPANY, et al., | |
| Defendants. | |

Pursuant to the order re amendment, Dkt. No. 33, and the first amended complaint, Dkt. No. 34, the case is remanded to Napa County Superior Court.

**IT IS SO ORDERED.**

Dated: August 10, 2022

JAMES DONATO
United States District Judge